IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Karlos Bobo, | |
| Plaintiff(s), | |
| vs. | Case Number: 1:12cv842 |
| D. McCrosky, et al., | Chief Judge Susan J. Dlott |
| Defendant(s). | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on December 18, 2012 (Doc. 6), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 4, 2013, hereby ADOPTS said Report and Recommendation.

Even though plaintiff did not file any objections to the Report and Recommendation, Mr. Bobo did file a letter to the Clerk of Courts regarding his monies in the institution (Doc. 7).

Accordingly, plaintiff's motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1) is **DENIED** (Doc. 5).

Plaintiff is **GRANTED** an extension of time of thirty (30) days from the date of this order to pay the required filing fee of $350.00.  Plaintiff's complaint is not deemed filed until the appropriate fee is paid.  *See Truitt v. County of Wayne,* 148 F.3d 644, 648 (6th Cir. 1998).  If plaintiff fails to pay the filing fee within this time limit, this matter will be **CLOSED.**

IT IS SO ORDERED.

___s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court